# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**AMERICAN CONTRACTORS**
**INDEMNITY COMPANY**                                                                **PLAINTIFFS**

**v.**                          **CASE NO. 3:10-CV-00192 BSM**

**WISE CONTRACTING, LLC,**
**ROGER S. WISE, Individually, and**
**CHRISTINA K. WISE, Individually**                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the clerk's entry of default entered on November 4, 2010, judgment is entered in favor of plaintiff American Contractors Indemnity Company and against Wise Contracting, LLC, Roger S. Wise, and Christina K. Wise. Plaintiff is awarded damages in the amount of $75,490.01, plus postjudgment interest in the amount of .21% per annum. All three defendants shall be jointly and severally liable for the total amount of damages.

IT IS SO ORDERED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE